# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

DAVID ALLEN                  CIVIL 08-5172(PGS)
    Plaintiff,

v.                           O R D E R

MICHELLE RICCI, et al

    Defendants.

It appearing that David Allen #419054/SBI801090B Is now confined in New Jersey State Prison under the custody of Warden of said institution, and is a plaintiff in the above entitled case which will be brought to hearing before the UNITED STATES DISTRICT COURT for the DISTRICT OF NEW JERSEY, commencing and every day thereafter until completion of the hearing at Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 E. State Street, Trenton, NJ 08608 on October 22, 2009 at 10:30 a.m.

It is on this 7th of October 2009, a Writ of Habeas Corpus do issue.

                               _/s/ Peter M Sheridan_
                               PETER C. SHERIDAN, U.S.D.J.

---

Witness of the Honorable Peter G. Sheridan
United States District Judge
Trenton, New Jersey 08608

        WILLIAM T. WALSH,
        Clerk of the U.S. District
        United States District Court
        for the District of New Jersey

        Per: <u>Dolores Hicks</u>
              Deputy Clerk

cc: New Jersey Department
    of Corrections