UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID ALLEN,<br><br>　　　　　Petitioner,<br><br>v.<br><br>MICHELLE R. RICCI, et al.,<br><br>　　　　　Respondents. | **CLOSED**<br><br>Civil Action No.: 08-5172 (PGS)<br><br>**ORDER** |

　　　This matter comes before the Court on Petitioner David Allen's petition for writ of habeas corpus; and the court having considered the papers submitted by the parties; and the Court having held oral argument on said petition on January 28, 2011; and for the reasons set forth on the record on February 25, 2011; and for good cause shown;

　　　IT IS on this 25th day of February 2011, **ORDERED** as follows:

1. Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2254 is denied.

2. A certificate of appealability will not issue because Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

3. The Clerk shall close the file in this matter.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PETER G. SHERIDAN, U.S.D.J.

February 25, 2011